■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS SANCHEZ, Appellant. [760 NYS2d 343] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 11, 1993 (*People v Sanchez,* 189 AD2d 789 [1993]), affirming a judgment of the Supreme Court, Kings County, rendered April 12, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Ritter, Santucci and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WELLS, Appellant. [760 NYS2d 343] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Knipel, J.), rendered August 8, 2000, convicting him of manslaughter in the first degree and reckless endangerment in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]).

Further, the defendant was not denied the effective assistance of counsel (*see People v Lane,* 60 NY2d 748 [1983]; *People v Vargas,* 150 AD2d 513 [1989]). Florio, J.P., Krausman, Goldstein and Townes, JJ., concur.